No. 04–423. CHINA NORTH INDUSTRIES CORP., A CHINESE ENTITY, AKA NORINCO v. ILETO ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–430. LIFESTAR AMBULANCE SERVICE, INC., ET AL. v. UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–449. LAMONT v. O'DONNELL ET VIR. Sup. Ct. Ore. Certiorari denied.

No. 04–468. AG INDUSTRIAL MANUFACTURING INC. ET AL. v. WATERKEEPERS NORTHERN CALIFORNIA, DBA DELTAKEEPER, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–477. CHIRON CORP. v. GENENTECH, INC. C. A. Fed. Cir. Certiorari denied.

No. 04–479. ARMSTRONG v. SEGAL, AS TRUSTEE OF MOUNTAIN PACIFIC VENTURES, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–487. VISNIC ET AL. v. NORTEL NETWORKS CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–492. CORRIGAN v. WASHINGTON. Super. Ct. Wash., Adams County. Certiorari denied.

No. 04–498. JACOBS v. LAWLER ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 04–501. HEADSPETH v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 04–506. CLEVINGER ET AL. v. DIVERSIFIED TELECOM SERVICE, INC. Sup. Ct. Neb. Certiorari denied.

No. 04–508. BURTON v. BUCKNER CHILDREN & FAMILY SERVICES, INC. C. A. 5th Cir. Certiorari denied.

No. 04–516. DONALDSON ET AL. v. LOTT, SHERIFF, RICHLAND COUNTY, SOUTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.